THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS 

PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In the Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Derrick Shawn Turner, Appellant.
 
 
 

Appeal From Spartanburg County
J. Derham Cole, Circuit Court Judge
Unpublished Opinion No. 2007-UP-247
Submitted May 1, 2007  Filed May 22, 2007  
APPEAL DISMISSED

 
 
 
 Assistant Appellate Defender Aileen P Clare,of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, Assistant Deputy Attorney General Donald J. Zelenka, all of Columbia; and Howard W. Gowdy, III, of Spartanburg, for Respondent.
 
 
 

PER CURIAM:  Derrick Shawn Turner appeals his guilty pleas to murder and first-degree burglary.  He maintains his guilty pleas were not intelligent and voluntary and failed to conform to the mandates set forth in Boykin v. Alabama, 395 U.S. 238 (1969).  Turners counsel attached a petition to be relieved, stating she reviewed the record and concluded this appeal lacks merit.  Turner did not file a pro se brief.  After a thorough review of the record and counsels brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss Turners appeal and grant counsels motion to be relieved.[1]
APPEAL DISMISSED.
ANDERSON, HUFF, and BEATTY, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.